1  JAMES R. WILLIAMS (S.B. #271253)
   County Counsel
2  MICHAEL C. SERVERIAN (S.B. #133203)
   Deputy County Counsel
3  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
4  San Jose, California 95110-1770
   Telephone: (408) 299-5900
5  Facsimile: (408) 292-7240

6  Attorneys for Defendants
   COUNTY OF SANTA CLARA
7  (erroneously sued herein as SANTA CLARA
   COUNTY SHERIFF'S OFFICE); RICHARD M.
8  ALANIS; DANIEL RODRIGUEZ; KEN BINDER;
   CARL NEUSEL; AND LAURIE SMITH

   M. GREG MULLANAX, (S.B. #155138)
   greg@lawmgm.com
   Law Office of M. Greg Mullanax
   2141N. Winery Avenue, Suite 101
   Fresno, CA 93703
   Telephone No.: (559) 420-1222
   Facsimile: (559) 354-0997

   Attorney for Plaintiff
   CRISTELA MAXSON

APPROVED
Judge Edward J. Davila
10/26/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTELA MAXSON,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY SHERIFF'S OFFICE; RICHARD M. ALANIS; DANIEL RODRIGUEZ; KEN BINDER; CARL NEUSEL; LAURIE SMITH, Sheriff of Santa Clara County; and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 5:17-CV-01293-EJD (NC)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Cristela Maxson and defendants, Santa Clara County Sheriff's Office, Richard M. Alanis, Daniel Rodriguez, Ken Binder, Carl Neusel, and Laurie Smith, Sheriff of Santa Clara County, file this Stipulation for Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    1.    On March 10, 2017, plaintiff sued defendants.

    2.    Defendants agree to the dismissal.

    3.    This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under FRCP 23.1, or an action related to an unincorporated association under FCRP 23.2.

4. A receiver has not been appointed in this case.

5. This case is not governed by any federal statute that requires a court order for dismissal of the case.

6. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

7. This dismissal is with prejudice.

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

IT IS SO STIPULATED.

Dated: October 26, 2017            Respectfully submitted,

JAMES R. WILLIAMS
County Counsel

By:     /s/
MICHAEL C. SERVERIAN
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA (ERRONEOUSLY SUED HEREIN AS SANTA CLARA COUNTY SHERIFF'S OFFICE); RICHARD M. ALANIS; DANIEL RODRIGUEZ; KEN BINDER; CARL NEUSEL; AND LAURIE SMITH

Dated: October 26, 2017            Respectfully submitted,

By:     /s/
M. GREG MULLANAX

Attorney for Plaintiff
CRISTELA MAXSON

1639551

2
Joint Stipulation for Dismissal with Prejudice      5:17-CV-01293-EJD (NC)